

# NUMBER 13-14-00245-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**HECTOR VARGAS HERNANDEZ,**                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                              **Appellee.**

---

### On appeal from the 103rd District Court
### of Cameron County, Texas.

---

# ORDER OF ABATEMENT

### Before Justices Rodriguez, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's motion to extend time to prepare and file brief. Appellant requests that this Court grant a 60 day extension to allow appellant's family to obtain funds to pay the remaining fee for the reporter's record.

Having considered appellant's motion and the documents on file, we GRANT

appellant's motion and the appeal is ABATED.  This appeal will be reinstated upon receipt of the reporter's record and further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).

Delivered and filed the
7th day of November, 2014.